

Troutman Pepper Locke LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia, PA 19103

troutman.com

A. Christopher Young
D 215.981.4190
Christopher.young@troutman.com

**MEMO ENDORSED**

April 9, 2025

**VIA ECF**

Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
ClarkeNYSDChambers@nysd.uscourts.gov

**Re:** **Old Slip Benefits & Insurance Services, LLC v. Allstate Insurance Company, Case No. 25-CV-1110-JGLC**

We represent Defendant Allstate Insurance Company ("Allstate") in the above-captioned action. Consistent with Rule 2(e) and 2(a) of Your Honor's Individual Rules and Practices in Civil Cases, we respectfully request an adjournment of the Initial Pretrial Conference currently set for May 20, 2025, at 12:00 p.m., due to a scheduling conflict for Allstate's counsel. This is the parties' first request for an adjournment or extension. We have conferred with counsel for Plaintiff Old Slip Benefits & Insurance Services, LLC, who has consented to the adjournment. We propose the following mutually agreed-upon alternative dates:

- May 21, 2025, at any time except from 11:00 a.m. until 3:00 p.m.;
- May 22, 2025;
- May 23, 2025.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ A. Christopher Young*

A. Christopher Young

---

Application GRANTED. IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for May 20, 2025 at 12:00 p.m., is RESCHEDULED for May 22, 2025 at 3:00 p.m. The conference will be held remotely via Microsoft Teams. The Clerk of Court is respectfully directed to terminate ECF No. 29.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L CLARKE
United States District Judge

Dated: April 10, 2025
       New York, New York