UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD SLIP BENEFITS & INSURANCE SERVICES, LLC,<br><br>                              Plaintiff,<br><br>-against-<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>                              Defendants. | 25-CV-1110 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

For the reasons set forth on the record at yesterday's conference, Defendant Allstate Insurance Company's motion to compel Plaintiff to respond to Request for Production of Documents No. 16 is DENIED without prejudice. The Court will enter an amended protective order as discussed on the record by separate order.

In light of the limited time left in discovery, Defendants are directed to file a letter by no later than **August 15, 2025**, informing the Court of whether they consent to Plaintiff filing the Second Amended Complaint, without prejudice to Defendants raising any legal arguments with respect to the complaint on a motion for summary judgment. Defendants are free to withhold consent without negative consequences.

Dated: August 13, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge