Troutman Pepper Locke LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia, PA 19103

troutman.com

A. Christopher Young
D 215.981.4190
christopher.young@troutman.com



January 13, 2026

Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York, 10007
ClarkeNYSDChambers@nysd.uscourts.gov

**Re:   Old Slip Benefits & Insurance Services, LLC v. Allstate Insurance Company, Case No. 25-CV-1110 (JGLC)**

Dear Judge Clarke:

Defendants Allstate Insurance Company ("Allstate") and Allstate Financial Services, LLC, and Plaintiff Old Slip Benefits & Insurance Services, LLC, jointly submit this letter to update the Court on the parties' on-going discussions concerning the confidentiality designations applied to certain documents and deposition transcripts that the parties intend to file in connection with their anticipated motions for summary judgment. The parties previously requested an extension of the briefing schedule to allow time to meet and confer regarding this dispute. ECF No. 85.

The parties met and conferred on January 12, 2026, but were unable to resolve all of their outstanding issues. Allstate maintains that certain documents (and deposition testimony discussing those documents) that both parties intend to file with their motions for summary judgment concern Allstate's relationships with its vendors and its agents and, as such, reflect proprietary and trade-secret information. Plaintiff disagrees with Allstate's confidentiality designations.

Although the parties previously suggested that it might be more efficient to resolve these disputes before the motions are filed, in light of the number of documents and facts implicated by the confidentiality designations, the parties jointly propose a different approach. Specifically, with the Court's permission, the parties propose to file their motions for summary judgment and supporting papers under seal in the first instance. Following those filings, and in accordance with the Court's Individual Rules, Allstate will submit, within three business days, a letter-motion seeking leave to maintain certain materials under seal or with limited redactions. Plaintiff will submit its opposition to the motion within three business days.

**troutman pepper locke**

January 13, 2026
Page 2

---

Once the Court rules on that letter-motion, the parties will promptly file on the public docket versions of the motions and supporting materials consistent with the Court's order, including any redactions or sealed filings authorized by the Court.

We thank Your Honor for your consideration of this joint submission.

Respectfully submitted,

*/signature/*

A. Christopher Young

  /s/ David T. Azrin
David T. Azrin, Esq.
Wuersch Gering
Wall Street Plaza, 88 Pine Street, 20th Floor
New York, New York 10005

cc: All counsel (via ECF)

Application GRANTED. The Court grants the parties' request to temporarily seal their motions for summary judgment and supporting papers. However, the parties must also simultaneously file public, redacted versions of these submissions. The Court also adopts the briefing schedule for the motion to seal as set forth above. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motions.

SO ORDERED.

*/s/ Jessica Clarke/*

JESSICA G. L. CLARKE, United States District Judge
Dated: January 14, 2026
        White Plains, New York