UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD SLIP BENEFITS & INSURANCE SERVICES LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALLSTATE INSURANCE COMPANY, and ALLSTATE FINANCIAL SERVICES, LLC,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 7:25-cv-01110-JGLC |

**DEFENDANTS ALLSTATE INSURANCE COMPANY AND ALLSTATE
FINANCIAL SERVICES, LLC'S
<u>JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS</u>**

Defendants Allstate Insurance Company ("Allstate") and Allstate Financial Services, LLC ("AFS") submit this Joint Statement of Undisputed Material Facts, which Plaintiff Old Slip Benefits & Insurance Services, LLC has approved:

1.　　Plaintiff Old Slip Benefits & Insurance Services, LLC is a New York limited liability company formed in November 2018 by its sole member, James Lukezic. *See* Young Decl., Ex. 47 (Plaintiff's Articles of Organization).

2.　　Plaintiff is a licensed insurance agent in New York, License No. 1534845. *See* Young Decl., Ex. 6 (web capture of Plaintiff's insurance license information).

3.　　Plaintiff has held a Life/Accident & Health Agent license since July 27, 2021, and a Property and Casualty Agent license since June 18, 2020. *See id.*

4.　　Old Slip Benefits & Insurance Services, LLC owns a subsidiary "BFL Insurance Group, LLC," a Delaware LLC, previously named "Old Slip Capital Partners, LLC." *See* Young Decl., Ex. 49 (Old Slip 0002519-Old Slip 0002521); Young Decl., Ex. 48 (Amended and Restated Certificate of Formation of Old Slip Capital Partners, LLC).

5. James Lukezic is a licensed insurance agent in New York, License No. 987894. *See* Young Decl., Ex. 7 (web capture of Lukezic's insurance license information).

6. James Lukezic has held a Life/Accident & Health Agent license since September 5, 2017, and a Property and Casualty Agent license since January 9, 2024. *Id.*

7. Defendant Allstate Insurance Company ("Allstate") is an Illinois corporation that sells property and casualty insurance products, including automobile, homeowners, renters, umbrella, and other personal lines, and, through affiliates, offers life insurance and annuity products. Laury Decl. ¶ 2.

8. Defendant Allstate Financial Services, LLC ("AFS") is a wholly owned subsidiary of Allstate Insurance Company and a registered broker-dealer with the U.S. Securities and Exchange Commission ("SEC") and the Financial Industry Regulatory Authority ("FINRA"). *See* Young Decl., Ex. 50 (AFS FINRA BrokerCheck Report).

9. AFS offers and supervises the sale of securities products, including mutual funds, variable annuities, and variable life insurance, and conducts business throughout the United States, including in New York. *See id.*

10. Mr. Lukezic prepared a business plan to obtain Allstate's approval for a potential purchase. *See* Young Decl., Ex. 11 (Lukezic's Business Plan).

11. Allstate introduced Mr. Lukezic to two potential sellers, Anthony Fava and Alfred Buglione. *See* Young Decl., Ex. 1 (Lukezic Dep. Tr.) at 159: 5–7.

12. On November 21, 2023, Anthony Fava and Mr. Lukezic signed and submitted an Agency Purchase Approval Request to Allstate. *See* Young Decl., Ex. 51 (Fava Agency Purchase Approval Request).

13. On November 22, 2023, Alfred Buglione and Mr. Lukezic signed and submitted an Agency Purchase Approval Request to Allstate. *See* Young Decl., Ex. 52 (Buglione Agency Purchase Approval Request).

14. On December 8, 2023, Mr. Lukezic signed a Pre-Appointment Agreement with Allstate on behalf of BFL Insurance Group, LLC. *See* Young Decl., Ex. 24 (Pre-Appointment Agreement).

15. On January 2, 2024, Mr. Lukezic, on behalf of BFL Insurance Group, LLC, and Mr. Buglione, on behalf of Buglione and Associates LLC, executed an Asset Purchase Agreement. *See* Young Decl., Ex. 14 (Buglione Asset Purchase Agreement).

16. On January 18, 2024, Mr. Lukezic, on behalf of BFL Insurance Group, LLC, and Mr. Fava, on behalf of A.J. Fava Agency, executed an Asset Purchase Agreement. *See* Young Decl., Ex. 13 (Fava Asset Purchase Agreement).

17. On February 5, 2024, Mr. Lukezic executed the Ownership Disclosure Form. *See* Laury Decl., Ex. B (Ownership Disclosure Form).

18. On June 25, 2024, Allstate sent a Notice of Termination stating that the Agreement would terminate in ninety (90) days. *See* Laury Decl., Ex. C (Notice of Termination).

Dated: January 20, 2026

                Respectfully submitted,

                **TROUTMAN PEPPER LOCKE LLP**

                By: */s/ A. Christopher Young*
                A. Christopher Young
                Erica H. Dressler (admitted *pro hac vice*)
                Milica Krnjaja (admitted *pro hac vice*)
                215.981.4190
                3000 Two Logan Square
                Eighteenth and Arch Streets
                Philadelphia, PA 19103

christopher.young@troutman.com
erica.dressler@troutman.com
millie.krnjaja@troutman.com

Sophia N. Dauria
875 3rd Ave
New York, NY 10022
212.704.6185
Sophia.dauria@troutman.com

*Attorneys for Defendants Allstate Insurance Company and Allstate Financial Services, LLC*