UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD SLIP BENEFITS & INSURANCE SERVICES, LLC,<br><br>Plaintiff,<br>v.<br><br>ALLSTATE INSURANCE COMPANY, ALLSTATE FINANCIAL SERVICES, LLC<br><br>Defendants. | CASE NO: 7:25-cv-01110-JGLC<br><br>**PLAINTIFF'S RULE 56.1 STATEMENT OF MATERIAL FACTS (AGREED) IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE NEW YORK FRANCHISE SALES ACT CLAIM** |

Pursuant to Federal Rule of Civil Procedure 56, Local Rule 56.1, and the Court's Individual Rule 4(f), the following is a joint statement of the material facts as to which Plaintiff contends there is no genuine issue to be tried, which have been agreed by Defendants.

1. On February 21, 2024, James Lukezic and Allstate Insurance Company signed an Allstate R3001C Exclusive Agency Agreement, a copy of which is marked as **Appendix[1], Tab 1** (Master Exhibit[2] 33).

2. The Allstate Insurance Company's Exclusive Independent Contractor Manual dated October 25, 2022, which was in effect when Plaintiff signed the Allstate R3001C Exclusive Agency Agreement in February 2024, is included in **Appendix Tab 19** (Master Exhibit 20); Lukezic Decl. ¶ 13.

---

[1] References to the "Appendix" refer to the Appendix of evidence (documents and deposition transcripts) submitted simultaneously with this Declaration in support of the Plaintiff's Motion for Partial Summary Judgment regarding Plaintiff's New York Franchise Sales Act claim.

[2] References to the "Master Exhibit" numbers refer to the running exhibit numbers that were assigned to deposition exhibits, indicated on the sticker on the first page of the document, referenced here to assist in identifying the document.

1

3. On December 4, 2023 Allstate sent James Lukezic an email which notified him that he had been approved to proceed in the process of becoming an Exclusive Agent. The attachments to the email included the Agency Name Guidelines, New Agent Guide, and candidate onboarding timeline with key milestones, is marked as **Appendix Tab 7** (Allstate 001263 – 001272); Lukezic Decl. ¶ 11.

4. A copy of the New Agent Guide that was sent to James Lukezic with the December 4, 2023 email is marked as **Appendix Tab 13** (Master Exhibit 106).

5. On February 17, 2024, February 19, 2024, and February 29, 2024, Allstate sent James Lukezic emails which are marked as **Appendix Tab 12** (Master Exhibit 41), **Appendix Tab 17** (Master Exhibit 42), **Appendix Tab 18** (Master Exhibit 43), each of which had an attachment titled Pre-Appointment New Agent Checklist.

6. On March 4, 2024 Allstate sent Mr. Lukezic an email, marked as **Appendix Tab 38** (Master Exhibit 110), titled Patrick Megaro.

7. On February 22, 2024 Allstate sent Mr. Lukezic an email, marked as **Appendix Tab 15** (Master Exhibit 111), titled CDW.

8. Agents including Lukezic pay Allstate directly for the business cards and stationary products which they order. **Appendix Tab 24**, Anderson Deposition Transcript, Page 57:12-21.

9. After the agent pays Allstate for the business cards and stationary, then Chicago Envelope invoices Allstate for the charges for all of the orders made by agents as well as Allstate for its internal purposes. Anderson Deposition Testimony, **Appendix Tab 24**; 68:1-5.

10. On March 7, 2024, Allstate sent James Lukezic an email regarding ordering business cards, **Appendix Tab 21** (Master Exhibit 45).

11. On March 7, 2024, James Lukezic ordered and paid Allstate for business cards,

totaling $26.16, as reflected in **Appendix Tab 22** (Master Exhibit 51) and **Appendix Tab 23** (Master Exhibit 52). *See also* Anderson Deposition Testimony, **Appendix Tab 24;** Lukezic Decl. ¶ 40.

12.     When Allstate employees are purchasing business cards or stationery for Allstate's own internal purposes, they also order them from the same Allstate Print on Demand Portal, and they receive the same pricing. Anderson Deposition Testimony, **Appendix Tab 24**, Page 32:19-25.

13.     The pricing schedule in the Agreement between Chicago Envelope and Allstate Insurance Company is the pricing that Chicago Envelope charges for products that were ordered by agents as well as products that were ordered by Allstate for its own internal purposes. Chicago Envelope Agreement Schedule, **Appendix Tab 25** (Master Exhibit 53); Anderson Deposition Testimony, **Appendix Tab 24**, at page 66:1-6.

14.     In March 2024, Lukezic ordered and paid for Allstate branded post-it pads and customized note-pads through the Allstate Business Builders platform, the cost of which totaled $█████, as reflected **Appendix Tab 39** (Master Exhibit 48); Lukezic Decl. ¶ 43.

15.     **Appendix Tab 47, (Master Exhibit 81)** is an email and attachment from Mr. Lukezic dated January 12, 2024, where he submitted his completed exterior sign information form. (Murphy Deposition Testimony, **Appendix Tab 27**, Page 90:9-20).

16.     **Appendix Tab 48 (Master Exhibit 83) and Appendix Tab 49, (Master Exhibit 84)** are an email and attachment from Mr. Lukezic to Allstate dated January 23, 2024, where Mr. Lukezic sent Allstate a corrected signage form. (Murphy Deposition Testimony, **Appendix Tab 27,** 92:18-25; 93:1-6).

17.     Under Allstate's guidelines, if an agency is involved with another business at the

same location, the agency must provide separate signs, telephones and business cards for the other business. Murphy Deposition Testimony, **Appendix Tab 27**, Page 57:5-25, Page 58:1-21; Manual, **Appendix Tab 19** (Master Exhibit 20, at, at Page 22); Lukezic Decl. ¶ 37.

18. In 2021, Allstate Finance Company sold its loan portfolio to Lake Forest Bank, a subsidiary of Wintrust. **Appendix Tab 30** (Master Exhibit 57); Comm Deposition Testimony, **Appendix Tab 29**, at 21:19-22.

19. Lake Forest Bank is a subsidiary of Wintrust Bank. Comm Deposition Testimony, **Appendix Tab 29.**

20. In connection with that sale, Allstate entered into a Preferred Provider Marketing and Loan Origination Agreement with Wintrust Financial Corporation, dated November 15, 2021, marked as **Appendix Tab 30** (Master Exhibit 57); Comm Deposition Testimony, **Appendix Tab 29** at page 21:23-24; 22:1-3.

21. **Appendix Tab 30** (Master Exhibit 57) is a copy of the Preferred Provider Marketing and Loan Origination Agreement entered into between Allstate Insurance Company and Wintrust Financial Corporation.