UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

OLD SLIP BENEFITS & INSURANCE
SERVICES, LLC,

          Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,
ALLSTATE FINANCIAL SERVICES, LLC

          Defendants.
-------------------------------------------------------------x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:** _____
**DATE FILED:** 5/13/2

**ORDER**

25 CV 1110 (VB)

      On April 13, 2026, defendants moved to strike two sets of materials that plaintiff submitted at summary judgment: (i) portions of three declarations from James Lukezic (Docs. ## 109, 131, and 146), and (ii) plaintiff's separate Rule 56.1 Statement filed in opposition to defendants' motion for summary judgment (Doc.# 126).

      The Court will decide the pending summary judgment motion in due course, disregarding any materials contained in the declarations and counterstatement that are improper under the Federal Rules. See, e.g., Heiden v. New York City Health & Hosps. Corp., 2023 WL 171888, at *2 n.2 (S.D.N.Y. Jan. 11, 2023) ("To the extent that Plaintiff has made assertions that are improper—e.g., if they lack support in admissible evidence, advance improper legal argument or conclusory assertions, or are otherwise immaterial—the Court will disregard such statements."). The Court will only consider relevant evidence that is admissible. Fed. R. Civ. P. 56(c).

      Accordingly, defendants' motion to strike is DENIED as moot.

      The Clerk is instructed to terminate the motion. (Doc. #149).

Dated: May 13, 2026
      White Plains, NY

                SO ORDERED:

                _____
                Vincent L. Briccetti
                United States District Judge