UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
OLD SLIP BENEFITS & INSURANCE           :
SERVICES LLC,                           :
    Plaintiff,      :
                                        :
v.                                      :   **ORDER**
                                        :
ALLSTATE INSURANCE COMPANY and          :   25 CV 1110 (VB)
ALLSTATE FINANCIAL SERVICES, LLC,       :
                                        :
    Defendants.      :
------------------------------------------------------------x

Briccetti, J.:

   Defendants filed motions to seal documents submitted in connection with (i) defendants' motion for summary judgment (Doc. #93), (ii) plaintiff's motion for partial summary judgment (Doc. #106), (iii) defendants' opposition to plaintiff's motion for partial summary judgment (Doc. #129), and (iv) plaintiff's opposition to defendants' motion for summary judgment (Doc. #121). (Docs. ##114, 136). In the course of reviewing the motions to seal, the Court has identified two discrepancies requiring correction. First, Doc. #112-34 does not correspond to the sealed version of that document filed by defendants (Doc. #111-34), precluding the Court from assessing the requested redactions. Second, although defendants request that Doc. #99-23 be filed publicly with redactions, no redactions appear in that document.

   Accordingly, it is hereby ORDERED:

1. By July 2, 2026, defendants must re-file the sealed version of Doc. #112-34, so that the Court may properly assess the proposed redactions.

2. To the extent defendants seek to make redactions to Doc. 99-23, they must file the proposed redacted version by this date.

Dated: June 29, 2026
   White Plains, NY

         SO ORDERED:

         _____
         Vincent L. Briccetti
         United States District Judge