UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

OLD SLIP BENEFITS & INSURANCE SERVICES, LLC,
Plaintiff(s),

v.

ALLSTATE INSURANCE COMPANY ET AL,
Defendant(s).
----------------------------------------------------------x

**CALENDAR NOTICE**

25cv1110 (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been re-scheduled for:

__x Status conference
___ Telephone conference
___ Pre-motion conference
___ Settlement conference
___ Oral argument
___ Bench ruling on motion
___ Final pretrial conference
___ Jury selection and trial
___ Bench trial
___ Suppression hearing
___ Plea hearing
____Sentencing

on October 13, 2026, at 10:00 a.m., in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from October 5, 2026 at 10:00 a.m.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(G) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: September 10, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge