UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| OLD SLIP BENEFITS & INSURANCE SERVICES, LLC, Plaintiff, | : | |
| v. | : | **ORDER** |
| ALLSTATE INSURANCE COMPANY and ALLSTATE FINANCIAL SERVICES, LLC, Defendants. | : | 25 CV 1110 (VB) |

As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1. The parties shall participate in a settlement conference before Magistrate Judge Krause.
2. The next case management conference is scheduled for **December 17, 2026, at 12:00 p.m.**, to be held at the White Plains courthouse, Courtroom 620.
3. By **December 31, 2026**, the parties shall submit a joint pretrial order, which shall comply with both Fed. R. Civ. P. 26(a)(3) and Paragraph 4.A of the Court's Individual Practices.

Dated: October 13, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge